IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM THOMAS THIGPEN III, KELLIE AMANDA THIGPEN, JENNIE LORIN THIGPEN, and JUDY THIGPEN,<br><br>　　　　Defendants. | Civil Action 5:10-CV-264 (HL) |

## ORDER

A review of this case docket shows that Defendant Judy Thigpen has filed an answer. Defendant William Thomas Thigpen III was served on July 22, 2010, but has filed no answer. Nothing in the file shows whether Defendants Kellie Amanda Thigpen or Jennie Lorin Thigpen have been served. Under Federal Rule of Civil Procedure 4(m), all Defendants should have been served within 120 days of the filing of the complaint, a date that has now passed. Plaintiff is hereby directed to inform the Court, in writing, not later than December 1, 2010, as to the status of service on Defendants Kellie Amanda Thigpen and Jennie Lorin Thigpen. Failure to respond to this Order may result in sanctions.

**SO ORDERED**, this the 23rd day of November, 2010.

　　　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
mbh　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**