IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM THOMAS THIGPEN III, KELLIE AMANDA THIGPEN, JENNIE LORIN THIGPEN, and JUDY THIGPEN,<br><br>    Defendants. | Civil Action 5:10-CV-264 (HL) |

## ORDER

On January 21, 2011, Defendant Judy Thigpen filed a Motion for Judgment on the Pleadings and/or Motion to Strike the Answer of Defendants Jennie Lorin Thigpen and Kellie Amanda Thigpen and Default Judgment Entered (Doc. 24). Since Defendants Jennie Lorin Thigpen and Kellie Amanda Thigpen are proceeding pro se, the Court deems it appropriate and necessary to advise them of their obligations in responding to said Motion and of the consequences which they may suffer if they fail to file a proper response thereto.

Defendants are advised:

(1) that a Motion for Judgment on the Pleadings or Motion to Strike Answer has been filed on behalf of Defendant Judy Thigpen;

(2) that they have the right to oppose the granting of said Motion; and,

(3) that if they fail to oppose said Motion, an order may be entered under which the $100,000 plus interest deposited with the Court will be awarded to Defendant Judy Thigpen.

Defendants are further advised that under the procedures and policies of this Court, motions are normally decided on briefs.

Failure of Defendants to respond to the Motion may result in the granting of the Motion. There would be no trial or any further proceedings.

Defendants Kellie Amanda Thigpen and Jennie Lorin Thigpen are directed to file a response to said Motion no later than February 17, 2011. Thereafter, the Court will consider the Motion and any opposition to the same filed by Defendants. If no response is submitted, the Court will consider the Motion to be uncontested. The Clerk is directed to serve Defendants Kellie Amanda Thigpen and Jennie Lorin Thigpen at the last address(es) provided by them.

**SO ORDERED**, this the 24th day of January, 2011.

                                   *s/ Hugh Lawson*
                                   **HUGH LAWSON, SENIOR JUDGE**

mbh