IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | ) ) ) ) | |
| Plaintiff | ) ) ) | CIVIL ACTION FILE NUMBER 5:10 – CV – 264-HL |
| v. | ) ) | |
| WILLIAM THOMAS THIGPEN, III; KELLIE AMANDA THIGPEN; JENNIE LORIN THIGPEN; and JUDY THIGPEN | ) ) ) ) ) | |
| Defendants | ) | |

## ORDER

The Court has considered the Consent Motion for Discharge, Dismissal and Permanent Injunction, and Defendants Judy Thigpen, Kellie Amanda Thigpen, and Jennie Lorin Thigpen have consented thereto. Defendant William Thomas Thigpen is in default. Finding good cause to GRANT the consent motion, the Court enters the following order:

(1) Hartford Life and Accident Insurance Company ("Hartford") is hereby released and discharged from all claims, causes of action, and other liability related to the payment of life insurance benefits plus any applicable interest payable as a consequence of the death of William Thigpen, Jr.;

(2) Interpleader defendants William Thomas Thigpen, III, Kellie Amanda Thigpen, Jennie Lorin Thigpen, and Judy Thigpen are hereby permanently restrained and enjoined from instituting or prosecuting any arbitration proceeding against Hartford, or from instituting or prosecuting any action or proceeding against Hartford in any State or United States Court for the policy proceeds;

(3) Hartford is hereby dismissed with prejudice from this action;

(4) The proceeds of the life insurance policy shall remain in the registry of this Court for ultimate disposition by order of this Court.

SO ORDERED, this 2 day of Feb          , 2011.

_____
Hugh Lawson
United States District Court Judge

Order consented to by:

| For the Plaintiff: | For Defendant Judy Thigpen: |
|---|---|
| /s/ *Elizabeth J. Bondurant* | /s/ *Rhonda Roell-Taylor* |
| Elizabeth J. Bondurant | Rhonda Roell-Taylor |
| Georgia Bar No. 066690 | Georgia Bar No. 611792 |
| Dorothy H. Cornwell | |
| Georgia Bar No. 552635 | 152 New Street, Suite 109 |
| | Macon, Georgia 31201 |
| SMITH MOORE LEATHERWOOD LLP | (478) 745-5359 – *Telephone* |
| 2300 Atlantic Center Plaza | (478) 743-6616 – *Facsimile* |
| 1180 West Peachtree Street | |
| Atlanta, Georgia 30309 | |
| (404) 962-1000 – *Telephone* | |
| (404) 962-1200 – *Facsimile* | Kellie Amanda Thigpen, *pro se* |
| lisa.bondurant@smithmoorelaw.com | |
| dorothy.cornwell@smithmoorelaw.com | |
| | Jennie Lorin Thigpen, *pro se* |